**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**RUTH RODGERS,**

       Plaintiff**,**

    **v.**                                                                    **No: 3:05-cv-543-J-16TEM**

**COMMISSIONER OF SOCIAL SECURITY,**

       Defendant**.**
_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On September 13, 2005, this Court entered an Order to Show Cause (Doc #8) directing the

Plaintiff respond within eleven (11) days as to why this case should not be dismissed for failure to

comply with the Court's Order of August 2, 2005 (Doc. #7) which directed the Plaintiff to file an

Affidavit of Indigency by August 15, 2005, said extension being at the request of Plaintiff.  Plaintiff

has failed to respond within the time prescribed.  Accordingly, it is:

    **ORDERED AND ADJUDGED**:

That the above-styled cause is hereby **DISMISSED WITHOUT PREJUDICE**.  The Clerk

is hereby ordered to close this file.

    **DONE AND ORDERED** in Chambers in Jacksonville, Florida, this   27th   day of

September, 2005.

Copies to:
    Counsel of Record

JOHN H. MOORE II
United States District Judge